**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01708-CV

## HAL RACHAL, JR., Appellant

## V.

## LETKIEWICZ & FOSTER, Appellee

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-2413-2**

## ORDER

We **GRANT** appellee's March 15, 2013 motion for an extension of time to file a brief.

Appellee shall file its brief on or before April 1, 2013.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE